# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
FlightSafety International Inc. ) ASBCA No. 60421
)
Under Contract No. W9124G-04-C-0037 )

APPEARANCES FOR THE APPELLANT: Thomas A. Lemmer, Esq.
Kelly P. Garehime, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 15, 2018

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60421, Appeals of FlightSafety International Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals